UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-23222-CIV-MORENO

STEPHANIE CASAMOR,

    Plaintiff,

vs.

NAVIENT SOLUTIONS, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court after Calendar Call on April 28, 2015, at 2:00 p.m.

THE COURT notes that the parties have not filed a pretrial stipulation in accordance with the Scheduling Order (**D.E. No. 7**) and Local Rule 16.1. The parties also failed to appear at the Calendar Call.

THE COURT, after conducting a hearing, reviewing the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Plaintiff has abandoned the Cause and this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed.R.Civ.P. 41(a)(1)(A)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Open Court at Miami, Florida, this ___ day of April, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record